UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVE BUELL and BOB BRUECHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUSH-COPLEY MEDICAL CENTER, INC., ) <br> ) <br> Defendant. ) | Case No. 18-cv-03614 <br><br> Hon. Judge Gary Feinerman |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Defendant, Rush Copley Medical Center, Inc., and Plaintiffs, Dave Buell and Bob Bruecher, hereby jointly move the Court to approve the Parties' settlement in this matter. In support of their Motion, the Parties state the following:

1. In their Complaint, Plaintiffs allege that Defendant violated the Fair Labor Standards Act (FLSA) and Illinois Minimum Wage Law (IMWL) by failing to pay overtime, and violated the Illinois Wage Payment and Collection Act ("IWPCA") by failing to pay on-call compensation. Defendant has denied and continues to deny the allegations in Plaintiffs' Complaint.

2. To avoid the expense, inconvenience, delay and uncertainty of further litigation, the parties reached a mutually satisfactory settlement, which they have memorialized in a Confidential Settlement Agreement and General Release between Defendant and each of the individual Plaintiffs (the "Settlement Agreements"). The Settlement Agreements provide for, among other things, full compensation to Plaintiffs for all alleged amounts owed under the FLSA, IMWL, and IWPCA, and for payment of their attorney's fees and litigation costs. The

2603827.1

Parties agree that the Settlement Agreements represent a fair and reasonable compromise of a bona fide dispute under the FLSA, IMWL and IWPCA.

3. In order to create fully enforceable agreements, the Parties seek the Court's approval of their Settlement Agreements, the terms of which specifically contemplate the Court's approval of the settlement.

4. As a material and essential part of their settlements, the Parties have agreed that the terms of the Settlement Agreements are to remain confidential. Accordingly, with the Court's permission, the Parties will provide the Court with a copy of the Settlement Agreements for *in camera* review.

5. Upon approval of the Settlement Agreements by the Court, Plaintiffs request that the Court dismiss this lawsuit, with prejudice, with all parties to bear their own costs and attorneys' fees.

6. The Parties have submitted a proposed Order for the Court's consideration that dismisses this lawsuit, with prejudice.

WHEREFORE, the Parties jointly request that this Court approve their Settlement Agreements, and that it enter the proposed Order submitted with this Motion.

Respectfully submitted,

| DAVE BUELL and BOB BRUECHER | RUSH COPLEY MEDICAL CENTER, INC. |
|---|---|
| By:/s/Alejandro Caffarelli | By: /s/ Staci Ketay Rotman |
| One of their attorneys | One of their attorneys |

Alejandro Caffarelli
Acaffarelli@caffarelli.com
Lorrie T. Peeters
lpeeters@caffarelli.com
Madeline K. Engel
mengel@caffarrelli.com
Caffarelli & Associates Ltd.
224 N. Michigan Ave., Ste. 300
Chicago IL 60604
(312) 763-6880

Ethan G. Zelizer
ethan@hrlawcounsel.com
HR Law Counsel, LLC
50 S. Main Street
Suite 200
Naperville, IL 60540
(312) 630-551-8374

Staci Ketay Rotman
skr@franczek.com
Jeff Nowak
jn@franczek.com
Emily K. Walsh
ekw@franczek.com
FRANCZEK RADELET P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

Dated: November 8, 2018

2603827.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **JOINT MOTION FOR APPROVAL OF SETTLEMENT** to be filed with the Clerk of the Court using the CM/ECF system which will send electronic notification to the following counsel of record this 8th day of November 2018:

>Alejandro Caffarelli
>Lorrie Peeters
>Madeline K. Engel
>Caffarelli & Associates Ltd.
>224 N. Michigan Ave., Ste. 300
>Chicago IL 60604
>(312) 763-6880
>Acaffarelli@caffarelli.com
>lpeeters@caffarelli.com
>mengel@caffarelli.com
>
>Ethan G. Zelizer
>HR Law Counsel, LLC
>50 S. Main Street
>Suite 200
>Naperville, IL 60540
>(312) 630-551-8374
>ethan@hrlawcounsel.com

>>/s/ Staci Ketay Rotman
>>Attorney for Defendant Rush Copley Medical Center, Inc.

2603827.1